# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | DIVISION ONE |
| | ) | |
| Respondent, | ) | No. 71046-0-I |
| | ) | (consolidated with |
| v. | ) | No. 71047-8-I) |
| | ) | |
| RONALD BAKER, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: DEC 1 5 2014 |
| | ) | |

PER CURIAM — Ronald Baker appeals the sentence imposed following his guilty plea to charges of third degree assault and two counts of possessing a controlled substance. Baker contends, and the State concedes, that the court erred in imposing 18 months of community custody as recommended by the parties and that the correct community custody period for third degree assault is 12 months. We accept the State's concession.

The State contends this court "should . . . reverse the appellant's sentence only as to the length of community custody on Count 1 and remand for resentencing." Baker did not file a reply brief. Because it is unclear whether the State only seeks correction of the community custody provision or whether it also seeks resentencing in light of the reduction in the community custody portion of the sentence, we remand for correction of the community custody period and such further proceedings as the court deems necessary.

FOR THE COURT: